

# UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

October 14, 2021

**CLERK, US DISTRICT COURT**
500 Pearl Street, Room 120
New York, NY 10007-1312

Re:  Anthony Wroten

Your No:  21-cr-603
Our No:  MJ21-548-2

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated October 13, 2021, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Stefanie Prather,
Deputy Clerk